JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GABRIEL CASTILLO,<br>    Plaintiff,<br><br>v.<br><br>TROON ENTERPRISES, INC., et al.,<br>    Defendants. | CV 19-305 DSF (SPx)<br><br>JUDGMENT |

The Court having granted in part a motion for default judgment,

IT IS ORDERED AND ADJUDGED that Plaintiff is entitled to judgment on each of his claims, that Plaintiff is awarded $40,000 in compensatory damages, plus $8,666.67 in interest, totaling $48,666.67, and that Plaintiff recover costs of suit pursuant to a bill of costs filed in accordance with 28 U.S.C. § 1920.

Date: August 21, 2020

                                        Dale S. Fischer<br>                                        United States District Judge